UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO AMARAL,<br><br>        Petitioner,<br><br>   v.<br><br>DUBEE, Warden,<br><br>        Respondent. | No. 1:18-cv-01041-LJO-JLT (HC)<br><br>**ORDER GRANTING MOTION TO WITHDRAW PETITION (Doc. No. 8)**<br><br>**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS WITHOUT PREJUDICE**<br><br>**ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE** |

      Petitioner is a state prisoner proceeding in propria persona with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 24, 2018, Petitioner filed a motion to withdraw the petition. Petitioner states he filed the instant petition in the wrong court, and he seeks to first exhaust his state remedies prior to proceeding in the federal court.

      Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, "the [petitioner] may dismiss an action without a court order by filing: a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ." Pursuant to Rule 12 of the Rules Governing Section 2254 Cases, "[t]he Federal Rules of Civil Procedure, to the extent that they are not inconsistent with any statutory provision or these rules, may be applied to a proceeding under these rules." In this case, Respondent has not yet filed an answer or other responsive pleading.

1

1 | Therefore, under Rule 41(a)(1), the petition must be dismissed.

2 | Accordingly, the Court orders as follows:

3 | 1. Petitioner's motion to withdraw the petition is GRANTED;

4 | 2. The petition for writ of habeas corpus is DISMISSED WITHOUT PREJUDICE;

5 | 3. The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

6 | This order terminates the action in its entirety.

IT IS SO ORDERED.

Dated: **September 28, 2018**       **/s/ Lawrence J. O'Neill**
                                    UNITED STATES CHIEF DISTRICT JUDGE